**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

*Rec. 2/7/05*
*in Boston*

JEFFREY PERRO
      Plaintiff,

v.

HOME DEPOT U.S.A., INC.
      Defendant.

Civil Action No.

**CORPORATE DISCLOSURE**
**STATEMENT OF DEFENDANT**
**HOME DEPOT U.S.A, INC.**

**05-40028FDS**

Defendant HOME DEPOT U.S.A, INC. ("Home Depot"), pursuant to Rule 7.1(a) of the

Federal Rules of Civil Procedure, submits the following corporate disclosure statement:

      1.    The ultimate parent company of Home Depot U.S.A., Inc. is The Home Depot,

Inc., a publicly owned corporation. The Home Depot, Inc. owns the company that owns Home

Depot, U.S.A., Inc.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By its attorneys

Robert P. Joy (BBO No. 254820)
Daniel S. Field (BBO No. 560096)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109-2605
(617) 523-6666

Dated: February 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff , John M. Wozniak, Esquire Wozniak & Padula, PC, 82 Cape Road, Mendon, Massachusetts 01756 by first-class mail this _____ day of February, 2005.

Daniel S. Field