## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY PERRO<br>            Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.<br>            Defendant. | Civil Action No. 05-40028 FDS<br><br>**NOTICE OF APPEARANCE** |

Please enter my appearance as co-counsel for the Defendant, Home Depot U.S.A., Inc.

Respectfully submitted,

 /s/ Daniel S. Field
Daniel S. Field (BBO No. 560096)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109-2605
(617) 523-6666

Dated:  March 4, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, John M. Wozniak, Esquire Wozniak & Padula, PC, 82 Cape Road, Mendon, Massachusetts 01756 by first-class mail this  4th day of March, 2005.

_____
Daniel S. Field