UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *Jeffrey Perro* | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-40028 FDS |
| | ) | |
| *Home Depot U.S.A., Inc.*, | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFFS MOTION TO REMAND ACTION BASED UPON LACK OF JURISDICTION

The plaintiff, Jeffrey Perro (the "Plaintiff"), hereby moves this Court for an order remanding this matter to State Court based upon lack of diversity jurisdiction. In support of this motion, the Plaintiff states that in conjunction with the State action a Civil Action Cover Sheet was filed indicating the damages sought in this case to be in the amount of $70,000.00. A true and accurate copy of the Civil Action Cover Sheet is attached hereto and identified as Exhibit A. Based upon that fact, the jurisdictional limitation of this Court, specifically, the $75,000.00 has not been met and the remand of this action is proper.

### Request for Oral Argument

The Plaintiff hereby requests that this Court mark up the Plaintiff's Motion to Remand for Oral Argument.

Wherefore, the Plaintiff respectfully requests that this matter be remanded to Worcester Superior Court and grant such other and further relief as is meet and just.

Respectfully Submitted,
The Plaintiff,
By His Attorney,

John M. Wozniak (BBO#556441)
Wozniak & Padula, P.C.
82 Cape Road, Rte. 140
Mendon, MA 01756
(508) 478-3788

Dated: March 15, 2005

# EXHIBIT A

| CIVIL ACTION COVER SHEET | DOCKET NO(S) | Trial Court of Massachusetts Superior Court Department County: Worcester |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Jeffrey Perro | Home Depot USA, Inc. |

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (if known) |
|---|---|
| John M. Wozniak, Wozniak & Padula PC 82 Cape Rd, Mendon, MA 01756 Board of Bar Overseers number: 556141 – (508)478-3788 | |

## Origin code and track designation

Place an x in one box only:
- ☒ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- ☐ 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- ☐ 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- ☐ 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- ☐ 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B04 | Other negligence/PI | (F) | (✓) Yes    ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses .......... $
2. Total Doctor expenses .......... $
3. Total chiropractic expenses .......... $
4. Total physical therapy expenses .......... $
5. Total other expenses (describe) .......... $
   Subtotal $
B. Documented lost wages and compensation to date .......... $ 70,000 appr
C. Documented property damages to date .......... $
D. Reasonably anticipated future medical and hospital expenses .......... $
E. Reasonably anticipated lost wages .......... $ unknown
F. Other documented items of damages (describe)
   $ 70,000.+

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
Plaintiff suffered the humiliation and emotional trauma from being falsely imprisoned together with the defamation of his character.
   $
   TOTAL $ 70,000.+

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

   TOTAL $ ..........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record   John M. Wozniak    DATE: 1/6/05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

## CERTIFICATE OF SERVICE

I, John M. Wozniak, hereby certify that a copy of the forgoing was served via first class

mail, postage prepaid to:

Daniel S. Field, Esquire
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02019-6666

John M. Wozniak (BBO # 556441)
Wozniak & Padula, P.C.
82 Cape Road
Mendon, MA  01756
(508) 478-3788

Dated: March 15, 2005

1