UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY PERRO,
        Plaintiff,

v.

HOME DEPOT U.S.A., INC.,
        Defendant.

Civil Action No. 05-40028- FDS

**DEFENDANTS' ASSENTED MOTION TO EXTEND TIME TO FILE
A RESPONSIVE PLEADING TO PLAINTIFF'S MOTION TO REMAND
ACTION BASED UPON LACK OF JURISDICTION**

Defendant, Home Depot, U.S.A. Inc., and ("Home Depot") respectfully requests that this Court extend the time for filing a responsive pleading in the above-referenced matter for 21 days, until April 22, 2005.

Home Depot asserts that it is in the interests of both the parties, and judicial economy that responsive pleading be filed 21 days hence.

Counsel for Defendant, Home Depot, has conferred with Plaintiff's counsel who has assented to this Motion.

WHEREFORE, for the foregoing reasons, Defendants respectfully submit that good cause exists and asks the Court to grant their Motion to Extend Time to File a Responsive Pleading to and including April 22, 2005.

        Respectfully submitted,

        HOME DEPOT, U.S.A., INC.

        By its attorneys

        /s/ Daniel S. Field
        _____
        Robert P. Joy (BBO No. 254820)
        Daniel S. Field (BBO No. 560096)
        MORGAN, BROWN & JOY, LLP
        200 State Street
        Boston, Massachusetts  02109-2605
        (617) 523-6666

Date:  March 31, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, John M. Wozniak, Esquire, Wozniak & Padula, PC, 82 Cape Road, Mendon, Massachusetts 01756 by first-class mail this 31st day of March, 2005.

        /s/ Daniel S. Field
        Daniel S. Field