UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY PERRO
        Plaintiff,

v.

HOME DEPOT U.S.A., INC.
        Defendant.

Civil Action No. 05-40028-FDS

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND ACTION BASED UPON LACK OF JURSIDICTION

Defendant Home Depot, U.S.A., Inc. ("Home Depot" or "Defendant") opposes Plaintiff's Motion to Remand Action Based Upon Lack of Jurisdiction ("Motion to Remand") in the above-captioned action. Defendant has exercised its rights to remove this action from Massachusetts state Superior Court under the provisions of 28 U.S.C. § 1441, *et seq.* Diversity of citizenship exists because the Plaintiff is an individual resident of the Commonwealth of Massachusetts, and the Defendant is a corporation organized under the laws of Delaware with its principal place of business in Atlanta, Georgia. Defendant timely filed its notice of removal and has otherwise met the procedural requirements for removal. 28 U.S.C. § 1446. The Plaintiff's Motion to Remand should be denied because there is diversity and the amount in controversy meets the federal court diversity jurisdictional prerequisites. 28 U.S.C. 1332(a).

The grounds for this opposition are more fully set forth in Home Depot's Notice of Removal and in its Memorandum in Opposition to Plaintiff's Motion to Remand, which has been filed herewith.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By its attorneys

/s/ Daniel S. Field
Robert P. Joy (BBO No. 254820)
Daniel S. Field (BBO No. 560096)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109-2605
(617) 523-6666

Dated:  April 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff , John M. Wozniak, Esquire Wozniak & Padula, PC, 82 Cape Road, Mendon, Massachusetts 01756 by first-class mail this 22nd day of April, 2005.

/s/ Daniel S. Field
Daniel S. Field