UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY PERRO,<br>          Plaintiff,<br><br>**v.**<br><br>HOME DEPOT U.S.A., INC.,<br>          Defendant. | Civil Action No. 05-40028- FDS |

### Stipulation of Dismissal

Pursuant to Rule 41(a)(1)(ii), of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that all claims made by the plaintiff, Jeffrey Perro, against the defendant, Home Depot, U.S.A., Inc., in this action shall be dismissed with prejudice and without costs, waiving all rights of appeal.

Respectfully Submitted by:

Jeffrey Perro,
by his attorney,

/s/ John M. Wozniak
John M. Wozniak (BBO No.556441 )
Wozniak & Padula, PC,
82 Cape Road,
Mendon, MA 01756

HOME DEPOT, U.S.A., INC.
By its attorneys,

/s/ Daniel S. Field
Robert P. Joy (BBO No. 254820)
Daniel S. Field (BBO No. 560096)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109-2605
(617) 523-6666